USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

JAMILA MERRICK,

Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

---------------------------------------------------------------------X

24-cv-4598 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On October 7, 2026, Magistrate Judge Figueredo issued a Report and Recommendation recommending that the Court grant Plaintiff's motion for attorneys' fees. Dkt. No. 27. Magistrate Judge Figueredo advised the parties that they had fourteen (14) days to file written objections to the Report and Recommendation, and no such objections have been filed.

The Court has reviewed the record and the Report and Recommendation for clear error and, finding none, hereby ORDERS that the Report and Recommendation is ADOPTED in its entirety, GRANTS Plaintiff's motion for attorney's fees, and AWARDS Plaintiff's counsel the sum of $23,279.75. The award is to be paid out of Plaintiff's past-due benefits, and, upon receipt of the sum, counsel is required to refund the previously awarded fees of $9,100 to Plaintiff.

The Clerk of Court is respectfully directed to close all open motions and to close the case.

SO ORDERED.

Dated: October 23, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge